

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00829-CV

**WESTERN RIM PROPERTY SERVICES, INC.**,
Appellant

v.

Paula **BAZAN-GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014-CV-01064
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  April 15, 2015

DISMISSED

The parties have filed an agreed motion to dismiss this interlocutory appeal without prejudice.  The motion is signed by counsel for appellant and appellee.  We therefore grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM